IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA, Petitioner )
v. ) MISC. NO. 05-0025A
MOHAMED BADR, Respondent )

MOTION FOR ORDER TO SHOW CAUSE
WHY RESPONDENT SHOULD NOT BE HELD IN CONTEMPT

Now comes the petitioner, the United States of America, by and through its attorneys, and moves the court for an order directing the respondent to show cause why he should not be held in contempt for his failure to comply with this court's Order of April 6, 2005 requiring the respondent to provide to the Internal Revenue Service on or before May 16, 2005, those documents requested in the summons issued by the Internal Revenue Service on September 10, 2004.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

Certificate of Service

I hereby certify that on the 2nd day of August, 2005, caused copy of the within motion and supporting memorandum to be forwarded by postage prepaid mail to Stephen M. Litwin, Esq., One Ship Street, Providence, RI 02903.

Linda A. Wizzmanian

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA, Petitioner
v. MISC. NO. 05-0025A
MOHAMED BADR, Respondent

MEMORANDUM IN SUPPORT OF
MOTION FOR ORDER TO SHOW CAUSE
WHY RESPONDENT SHOULD NOT BE HELD IN CONTEMPT

On April 6, 2005, the respondent, Mohamed Badr, was ordered to provide the Internal Revenue Service on or before May 16, 2005, those documents requested in the summons issued by the Internal Revenue Service on September 10, 2004 (See attached Order).

On June 28, 2005, the respondent provided his tax information for the 2002 tax year to the Internal Revenue Service ("IRS") but failed to provide the tax information for the 2003 tax year which was also sought in the summons issued on September 10, 2004 and the respondent is, therefore, in violation of the Court's April 6, 2005 Order.

Title 26 U.S.C. § 7604(b) provides:

> Whenever any person summoned under section 6420(e)(2), 6421(g)(2), 6427(j)(2), or 7602 neglects or refuses to obey such summons, or to produce books, papers, records, or other data, or to give testimony, as required, the Secretary may apply to a judge of the district court or to a United States commissioner [Magistrate Judge] for the district in which the person so summoned resides or is found for an attachment against him as for a contempt. It shall be the duty of the judge or commissioner to hear

> the application, and, if satisfactory proof is made, to issue an attachment, directed to some proper officers, for the arrest of such person, and upon his being brought before him to proceed to a hearing of the case; and upon the hearing the judge [or Magistrate Judge] shall have the power to make such order as he shall deem proper, not inconsistent with the law for the punishment of contempts, to enforce obedience to the requirements of the summons and to punish such person for his default or disobedience.

Since the respondent has failed to comply with this Court's Order of April 6, 2005, he should be required to appear before the court and show cause why he should not be found in contempt for such failure, and if good cause is not shown, to then be found in contempt and be subject to an appropriate punishment to compel his compliance. *See, In the Matter of Examination of D.I. Operating Company*, 240 F.Supp 672 (D. N.V. 1965).

For these reasons, the petitioners's Motion for Order to Show Cause Why the Respondent Should Not be Held in Contempt should be granted.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

Certificate of Service

I hereby certify that on the 2nd day of August, 2005, caused copy of the within motion and supporting memorandum to be forwarded by postage prepaid mail to Stephen M. Litwin, Esq., One Ship Street, Providence, RI 02903.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Petitioner<br><br>v.<br><br>MOHAMED BADR,<br>Respondent | )<br>)<br>)<br>)<br>)<br>)<br>) | MISC. NO. 05-0025A |

STIPULATION AND ORDER

Now come the petitioner, the United States of America, and the respondent, Mohamed Badr, and stipulate and agree as follows:

1. The petitioner filed a Petition to Enforce Internal Revenue Service Summons on February 22, 2005 seeking the compliance of the respondent, Mohamed Badr, with the Internal Revenue Service summons (attached hereto and made a part hereof) served on him on September 10, 2004.

2. Said summons was issued by Revenue Officer Richard D. Pion for a legitimate purpose, that is, the determination of the correct federal income tax liability of the respondent for the tax period(s) ending December 31, 2002 and December 31, 2003 (Form(s) 1040); the summoned testimony and data may be relevant to that determination; the testimony and other data sought are not already in the possession of the Internal Revenue Service; and the administrative steps required by the Internal Revenue Code have been followed.

3. On March 2, 2005, an order was entered requiring the

respondent to object to the Petition to Enforce Internal Revenue Service Summons within five days of service of said order and to appear before united States Magistrate Judge Lincoln D. Almond on April 8, 2005 at 10:00 a.m. to show cause why he should not be compelled to obey the Internal Revenue Service Summons served upon him on September 10, 2004.

4. In lieu of appearing before the court on April 8, 2005, as ordered, the respondent, Mohamed Badr, shall appear before Revenue Officer Richard D. Pion or a designated representative on or before May 16, 2005 to be sworn, to give testimony, and to produce the books, records, papers, and other data as demanded by the summons served upon the respondent on September 10, 2004, for examination and for copying by photographic or other mechanical means of reproduction.

5. The court shall retain jurisdiction of this matter to enforce the above-referenced Internal Revenue Service Summons in the event that the respondent fails to appear before Revenue Officer Richard D. Pion or a designated representative on or before May 16, 2005 and provide those items demanded by the summons served upon the respondent on September 10, 2004.

UNITED STATES OF AMERICA
Petitioner

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

MOHAMED BADR
Respondent

By his attorney,

STEPHEN M. LITWIN, ESQ.
One Ship Street
Providence, RI 02903

ORDER

The within stipulation is hereby approved and entered as an order of this court.

LINCOLN D. ALMOND
United States Magistrate Judge
4/6/05

Attest to
True Copy
DAVID A. DIMARZIO
By
Deputy Clerk