IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,
Petitioner

v. MISC. NO. 05-0025A

MOHAMED BADR,
Respondent

MOTION FOR ORDER TO SHOW CAUSE
WHY RESPONDENT SHOULD NOT BE HELD IN CONTEMPT

Now comes the petitioner, the United States of America, by and through its attorneys, and moves the court for an order directing the respondent to show cause why he should not be held in contempt for his failure to comply with this court's Order of April 6, 2005 requiring the respondent to provide to the Internal Revenue Service on or before May 16, 2005, those documents requested in the summons issued by the Internal Revenue Service on September 10, 2004.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

Referred to U.S.M.J. AlMoFD
☐ for findings & recommendations
☐ for determination
☐
William E. Smith, U.S. District Judge
Date 8/17/05

8/22/05, GRANTED.