IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
AUG 02 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA, )
Petitioner )
)
v. ) MISC. NO. 05-0025A
)
MOHAMED BADR, )
Respondent )

ORDER TO SHOW CAUSE

The petitioner having represented to the Court that the respondent, MOHAMED BADR, has failed to comply with the Court's Order of April 6, 2005, that the respondent, Mohamed Badr, provide the Internal Revenue Service on or before May 16, 2005, those documents requested in the summons issued by the Internal Revenue Service on September 10, 2004, the respondent, MOHAMED BADR, is hereby ORDERED to appear before the Court on the 9th day of September, 2005, at 11:30 a.m. to show cause why he should not be held in contempt for his failure to comply with this Court's Order of April 6, 2005.

BY ORDER:

[signature]

ENTER:

[signature]

LINCOLN D. ALMOND
UNITED STATES MAGISTRATE JUDGE