U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | Misc. No. 05-0025A |
| DEFENDANT | TYPE OF PROCESS |
| Mohamed Badr | Order/~~Petition~~ |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Mohamed Badr

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
374 Spring Street, Newport, RI 02840

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Michael P. Iannotti, Asst. U.S. Atty.
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th FL
Providence, RI 02903

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold Fold

Must serve on or before September 2, 2005

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☒ PLAINTIFF ☐ DEFENDANT | 401/709-5000 | 8/26/05 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 70 | No. 70 | Edward R. Hara [signature] | 8/26/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
STEVE M LITWIN ATTORNEY FOR MOHAMED BADR

☑ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*
1 SHIP ST
PROVIDENCE, RI

| Date of Service | Time |
|---|---|
| 9/2/05 | 9:45 (am) pm |

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $ 225.00 | $ 33.21 | | $ 258.21 | | | |

REMARKS: ATTEMPT AT RESIDENCE
8/31 ATTEMPT AT BUSINESS VIA VIA PIZZA
9/2 SERVED 1 HR 2 MILES 1 DUSM
82 MILES 4 HRS 2 DUSMS

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
AUG 02 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Petitioner | ) | |
| v. | ) | MISC. NO. 05-0025A |
| MOHAMED BADR, Respondent | ) | |

ORDER TO SHOW CAUSE

The petitioner having represented to the Court that the respondent, MOHAMED BADR, has failed to comply with the Court's Order of April 6, 2005, that the respondent, Mohamed Badr, provide the Internal Revenue Service on or before May 16, 2005, those documents requested in the summons issued by the Internal Revenue Service on September 10, 2004, the respondent, MOHAMED BADR, is hereby ORDERED to appear before the Court on the 9th day of September, 2005, at 11:30 a.m. to show cause why he should not be held in contempt for his failure to comply with this Court's Order of April 6, 2005.

BY ORDER:

ENTER:

LINCOLN D. ALMOND
UNITED STATES MAGISTRATE JUDGE

Attest to
True Copy
DAVID A. DIMARZIO
By Deputy Clerk